**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ROLBIN MARTIN PADILLA MADRID,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-1335-R** |
| **DIRECTOR, Immigration & Customs Enforcement, ICE, Oklahoma District, et al.,** | ) | |
| **Respondents.** | ) | |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Chris M. Stephens, entered on July 30, 2026 [Doc. No. 9]. Judge Stephens recommends dismissal of Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] as moot because Petitioner has been removed from the United States and there is no longer an actual case or controversy for this Court to decide. No objection to the Report and Recommendation has been filed nor has an extension of time to object been sought or granted. Therefore, the Report and Recommendation of Judge Stephens is ADOPTED in its entirety and Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is DISMISSED as moot.

IT IS SO ORDERED this 17th day of August, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**